IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH SMITH, individually and on behalf of all others similarly situated,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **STROM ENGINEERING CORPORATION,** <br><br> **Defendant.** | **CIVIL ACTION NO.: 2:19-cv-00147-MRH-RCM** <br><br> **CLASS ACTION** |

### JOINT MOTION FOR ENTRY OF PROPOSED ORDER REGARDING THE SEARCH FOR AND PRODUCTION OF DISCOVERY MATERIAL

Plaintiff Ralph Smith and Defendant Strom Engineering Corporation hereby jointly move the Court for entry of the Parties' Proposed Order Regarding the Search for and Production of Discovery Material.

In support of the motion the Parties state the following:

1. The Parties have determined that this case would benefit from a protocol for the search for and production of discovery material, including Electronically Stored Information ("ESI").

2. The Parties have agreed to a Proposed Order Regarding the Search for and Production of Discovery Material, and request that the Court enter the Order upon the agreed terms set forth therein.

WHEREFORE, the Parties respectfully move the Court for entry of the Parties' Proposed Order Regarding the Search for and Production of Discovery Material.

Dated: August 26, 2020

BERGER MONTAGUE P.C.

/s/ *Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
Alexandra K. Piazza
Michaela L. Wallin*
BERGER MONTAGUE P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
apiazza@bm.net
mwallin@bm.net

Michael K. Yarnoff*
KEHOE LAW FIRM
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone/Fax: (215) 792-6676
myarnoff@kehoelafirm.com

Joseph H. Chivers
The Employment Rights Group
100 First Avenue, Suite 650
Pittsburgh, Pennsylvania 15222
jchivers@employmentrightsgroup.com

*Pro hac vice* to be filed

*Counsel for Plaintiff*

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ *Joshua C. Vaughn*
Theodore A. Schroeder
Joshua C. Vaughn
Katelyn W. McCombs
Donald Myers
Taylor Brailey
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412-201-7624
Facsimile: 412-774-1959
tschroeder@littler.com
jvaughn@littler.com
kmccombs@littler.com
DWMeyers@littler.com
TBrailey@littler.com

*Counsel for Defendant*