IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH SMITH, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : Case No. 2:19-cv-00147-MRH-PLD |
| v. | : <br> : |
| STROM ENGINEERING CORPORATION, | : <br> : |
| Defendant. | : <br> : <br> : |

**OMNIBUS INDEX OF EXHIBITS OF COMMON EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF NO. 69); PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE REPORT AND TESTIMONY OF [DR.] ERIN HATTON, PH.D.**[1]

| Exhibit | Docket No. | Description |
|---|---|---|
| 1 | 69-02 | Dkt. 61 Stip. Regarding Project Assignment Agreements ("PAA") |
| 2 | 69-03 | Picket Line Agreement |
| 3 | 69-04 | Service Agreement between ATI and Strom |
| 4 | 69-05 | Declaration of Sarah R. Schalman-Bergen ("Schalman-Bergen Decl.") |
| 5 | 69-06 | Rule 30(b)(6) Deposition of Ryan Bash ("30(b)(6) Dep.") |
| 6 | 69-07 | Deposition of Jason Hans ("Hans Dep.") |
| 7 | 69-08 | Deposition of Gary Greenburg ("Greenburg Dep.") |
| 8 | 69-09 | Deposition of Gregory Kountz ("Kountz Dep.") |
| 9 | 69-10 | Deposition of Ralph Smith ("Smith Dep") |
| 10 | 69-11 | Expert Report of Professor Erin Hatton ("Expert Report") |
| 11 | 69-12 | Declaration of John Brady [Midland] ("Brady Decl.") |
| 12 | 69-13 | Declaration of Anthony Burney [Brackenridge] ("Burney Decl.") |
| 13 | 69-14 | Declaration of Mario Bush [Brackenridge] ("Bush Decl.") |
| 14 | 69-15 | Declaration of Patricia Caesar [Bagdad] ("Caesar Decl.") |
| 15 | 69-16 | Declaration of Ricardo Clark [Latrobe] ("Clark Decl.") |

---

[1] Plaintiff filed an initial Index of Exhibits in connection with his Motion for Class Certification, at ECF No. 69-1. Plaintiff submits this Ombnibus Index in connection with his Reply in Support of Motion for Class Certification and Opposition to Defendant's Motion to Strike the Report and Testimony of [Dr.] Erin Hatton, PH.D.

| | | |
|---|---|---|
| 16 | 69-17 | Declaration of Phillip Coleman [Brackenridge] ("Coleman Decl.") |
| 17 | 69-18 | Declaration of Monika Cronin [Natrona Heights] ("Cronin Decl.") |
| 18 | 69-19 | Declaration of Geary Gleason [Brackenridge] ("Gleason Decl.") |
| 19 | 69-20 | Declaration of Kiyuana Jackson [Brackenridge] ("Jackson Decl.") |
| 20 | 69-21 | Declaration of Leonard Jinkerson [Brackenridge] ("Jinkerson Decl.") |
| 21 | 69-22 | Declaration of Joseph Joyner [Washington] ("Joyner Decl.") |
| 22 | 69-23 | Declaration of Samuel Kelly [Brackenridge and Latrobe] ("Kelly Decl.") |
| 23 | 69-24 | Declaration of Charles Loya [Brackenridge] ("Loya Decl.") |
| 24 | 69-25 | Declaration of Con Meads [Bagdad] ("Meads Decl.") |
| 25 | 69-26 | Declaration of Kristopher Norris [Brackenridge] ("Norris Decl.") |
| 26 | 69-27 | Declaration of Ralph Smith [Brackenridge] ("Smith Decl.") |
| 27 | 69-28 | Declaration of James Sweger [Brackenridge] ("Sweger Decl.") |
| 28 | 69-29 | Declaration of Justin Winters [Vandergrift] ("Winters Decl.") |
| 29 | 69-30 | Strom-Smith_0033062, 11/16/15 Email |
| 30 | 69-31 | Excerpt from Strom Website 1 |
| 31 | 69-32 | Strom-Smith_0003986, Strom/Phillips Presentation to ATI |
| 32 | 69-33 | Excerpt from Strom Website 2 |
| 33 | 69-34 | ATI_SMI_0070182, Strom Engineering Response Re: ATI RFP (Filed Under Seal) |
| 34 | 69-35 | Strom-Smith_0004259, 6/15/15 Email Planning Security at ATI Plant |
| 35 | 69-36 | Strom-Smith_0002062, 9/9/15 Email Re: Employees Followed to Hotel |
| 36 | 69-37 | ATI_SMI_0012331, 6/24/15 Re: Staying ready, staying strong, staying aligned (Filed Under Seal), |
| 37 | 69-38 | ATI_SMI_0003701, ATI Customer Protection Plan Summit Day 1 Powerpoint (Filed Under Seal) |
| 38 | 69-39 | ATI_SMI_0018559, 10/18/15 Email Re: Employment Candidates |
| 39 | 69-40 | Strom-Smith_0001889, Strom Advertisements for RWs on ATI Project |
| 40 | 69-41 | Strom-Smith_0004989, 8/31/15 Email Re: "Not a lot of people out there available for work … willing to travel and cross a picket line." |
| 41 | 69-42 | Strom-Smith_0002833, 11/5/15 Email Re: VND- Families support ATI strikers in Vandy |
| 42 | 69-43 | Strom-Smith_0000036, Strom Employee Handbook |
| 43 | 69-44 | ATI_SMI_0007845, Picket Line Crossing Training Signup |
| 44 | 69-45 | Strom-Smith_0006204, Lund Email Re: Picket Line Etiquette |
| 45 | 69-46 | ATI_SMI_0051329, Kountz Email Re: Picket Line Etiquette |
| 46 | 69-47 | ATI_SMI_0086141, 11/5/15 Email Re: Communication with staff |
| 47 | 69-48 | Strom-Smith_0009713, 12/28/15 Email Re: Verbal discipline of RW who failed to show up at pick up location |
| 48 | 69-49 | Strom-Smith_0010234, 11/5/15 Email Re: Employee behavioral issues on the vans |

| | | |
|---|---|---|
| 49 | 69-50 | Strom-Smith_0010438, 2/24/16 Email Re: Taunting the Picketers is Unacceptable |
| 50 | 69-51 | Strom-Smith_0030023, 9/29/15 Email Re: Project Coordinator responsibilities to coordinate vans |
| 51 | 69-52 | Strom-Smith_0013494, 12/2/15 Email Re: Van Driver Responsibilities |
| 52 | 69-53 | ATI_SMI_0021094, 9/30/15 "Policy as I understand it is no personal vehicles" Email |
| 53 | 69-54 | Strom-Smith_0009693, Commute Exception Waiver |
| 54 | 69-55 | Strom-Smith_0008897, 9/29/15 MVR Reports |
| 55 | 69-56 | ATI_SMI_0076646, 11/14/15 Email Re: Policy for Safety Shoes |
| 56 | 69-57 | ATI_SMI_0024828, 8/29/15 Email Re: Strat times for Strom and ATI Personnel Working in Operations |
| 57 | 69-58 | ATI_SMI_0024459, 9/17/15 Email Re: Strom Employees Staying at the Job Site |
| 58 | 69-59 | Strom-Smith_0009497, 5/11/16 Corrigan Email |
| 59 | 69-60 | ATI_SMI_0003132, Strom Debrief Meeting (Redacted) |
| 60 | 69-61 | Strom-Smith_0031365, Vandergrift Van Struck By Object |
| 61 | 69-62 | Strom-Smith_0031899, Pellet Gun Shot at Strom Van |
| 62 | 69-63 | ATI_SMI_0012922, 7 AM 24 Hour Security Conference Call Example 1 |
| 63 | 69-64 | ATI_SMI_0012966, Van Windshield Cracked |
| 64 | 69-65 | ATI_SMI_0019668, Object Thrown at Van |
| 65 | 69-66 | ATI_SMI_0012998, 7 AM 24 Hour Security Conference Call Example 2 |
| 66 | 69-67 | ATI_SMI_0013040, 7 AM 24 Hour Security Conference Call Example 3 |
| 67 | 69-68 | ATI_SMI_0013728, Plant Security Update |
| 68 | 69-69 | Strom-Smith_0031921, Employee Report of Accident Example 1 |
| 69 | 69-70 | Strom-Smith_0031373, Employee Report of Accident Example 2 |
| 70 | 69-71 | ATI_SMI_0023623, ATI Monitoring News Re: Lockout |
| 71 | | Excerpts from the Deposition of Gary Johnson ("Johnson Dep.") |
| 72 | | Excerpts from the Deposition of Jody Ayers ("Ayers Dep.") |
| 73 | | Excerpts from the Deposition of Christopher Paul Waters ("Waters Dep.") |
| 74 | | Excerpts from the Deposition of Victoria Wellington ("Wellington Dep.") |
| 75 | | Excerpt from Strom Website – Required Documents Page |
| 76 | | Strom Field Staff Daily Activity Logs attached to E-mail to Jason Hans |
| 77 | | Letter from Phillips Group regarding subpoena |
| 78 | | Samples of Picket Line Activity Records |
| 79 | | Dkt. 1 Notice of Removal |
| 80 | | Signed Declaration of John Brady [Midland] ("Brady Decl."); replaces the unsigned Declaration of the Brady Decl. at Exhibit 11, ECF No. 69-12 |
| 81 | | Signed Declaration of Ricardo Clark [Latrobe] ("Clark Decl."); replaces the unsigned Declaration of the Clark Decl. at Exhibit 15, ECF No. 69-16 |

| | | |
|---|---|---|
| 82 | | Signed Declaration of Joseph Joyner [Washington] ("Joyner Decl."); replaces the unsigned Declaration of the Joyner Decl. at Exhibit 21, ECF No. 69-22 |
| 83 | | Deposition of Erin Hatton ("Hatton Dep.") |
| 84 | | Erin Hatton, *Temporary Weapons: Employers' Use of Temps against Organized Labor*, 67(1) CORNELL I.L.R. 86 (2014) ("*Temporary Weapons*") |
| 85 | | HOWARD LUNE AND BRUCE L. BERG, QUALITATIVE RESEARCH METHODS FOR THE SOCIAL SCIENCES (9th Ed. 2017) ("Lune & Berg") |
| 86 | | Howard Becker, *Constructive Typology in the Social Sciences*, 5 AMERICAN SOCIOLOGICAL REVIEW 1 (1940) |
| 87 | | David Collier, Jody LaPorte, and Jason Seawright, *Putting Typologies to Work: Concept Formation, Measurement, and Analytic Rigor*, POLITICAL RESEARCH QUARTERLY (2012) |
| 88 | | Excerpts from Defendant's Answers to Plaintiff's First Set of Interrogatories |
| 89 | | January 6, 2022 Letter from the Editors of the CORNELL UNIVERSITY INDUSTRIAL AND LABOR RELATIONS ("ILR") REVIEW |