IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH SMITH, individually and on behalf of all persons similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>STROM ENGINEERING CORPORATION,<br><br>              Defendant. | Civil Action No. 2:19-cv-00147-MRH-PLD<br><br>Electronically Filed |

### DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINITFF'S MOTION FOR CLASS CERTIFICATION

      Defendant Strom Engineering Corporation ("Strom") submits these Objections to the Report and Recommendation of Magistrate Judge Patricia L. Dodge on Plaintiff's Motion to for Class Certification (Dkt. No. 94 the "R&R"). The R&R fails to perform or apply the "rigorous analysis" required of courts in the Third Circuit, misapplies the controlling Supreme Court authority under Rule 23 and does not provide an adequate legal basis for the recommendation that Smith's Motion for Class Certification (Dkt. No. 67) be granted. As such, the R&R's recommendation is clearly erroneous.

      WHEREFORE, as more fully set forth in its concurrently filed Brief, Strom respectfully objects to the Magistrate Judge's Report and Recommendation, and requests that the Court deny Plaintiff's Motion for Class Certification.

Dated: May 24, 2022

Respectfully submitted,

*s/ Theodore A. Schroeder*
Theodore A. Schroeder, PA ID No. 80559
tschroeder@littler.com
Joshua C. Vaughn, PA ID No. 203040
jvaughn@littler.com
Katelyn W. McCombs, PA ID No. 323746
kmccombs@littler.com
Taylor N. Brailey, PA ID No. 324308
tbrailey@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Ph: (412) 201-7624 / 7677 / 7641 / 7657
Fax: (412) 785-2333

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022 a true and correct copy of the foregoing Defendant's Objections to the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Class Certification was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Sarah R. Schalman-Bergen, Esq.
ssb@llrlaw.com
Krysten Connon, Esq.
kconnon@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Shanon J. Carson, Esq.
scarson@bm.net
Alexandra K. Piazza, Esq.
apiazza@bm.net
Michaela Wallin, Esq.
mwallin@bm.net
BERGER MONTAGUE P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Michael K. Yarnoff, Esq.
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102

Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP
100 First Avenue, Suite 650
Pittsburgh, PA 15222

By: */s/ Theodore A. Schroeder*

4865-9538-8192.1 / 094523-1002