IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH SMITH, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STROM ENGINEERING CORPORATION,**<br><br>**Defendant.** | CIVIL ACTION NO.: 2:19-cv-00147-MRH-PLD |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT**

Plaintiff Ralph Smith, through his undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion, as fair, reasonable and adequate;

2. Authorizing the issuance of notice to the class this Court previously certified (*see* Dkt. 116 as follows:

> All current or former hourly employees who were provided by Strom as a replacement labor force and who performed work at any ATI facility in Pennsylvania (Bagdad, Brackenridge, Latrobe, Midland, Natrona Heights, Vandergrift and/or Washington) during the August 15, 2015 to March 4, 2016 lockout and labor dispute between ATI and the USW;

3. Confirming its appointment of Plaintiff Ralph Smith as the Representative of the Settlement Class;

4. Confirming appointment of Sarah R. Schalman-Bergen of Lichten & Liss-Riordan, P.C. as Class Counsel for the Settlement Class and appointing Michaela L. Wallin as Class Counsel for the Settlement Class;

5. Preliminarily approving CPT Group as Settlement Administrator to issue notice;

6. Approving the Notice of Settlement, attached as Exhibit A to the Settlement Agreement; and

7. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement and setting a date and time for the final approval hearing.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah Schalman-Bergen and Michaela Wallin, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration.

Dated: September 19, 2023 

Respectfully submitted,

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
Krysten Connon
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Direct: (267) 256-9973
Facsimile: (617) 994-5801
ssb@llrlaw.com
kconnon@llrlaw.com

Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mwallin@bm.net

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 19th day of September, 2023.

*s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
