IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH SMITH, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STROM ENGINEERING CORPORATION,**<br><br>**Defendant.** | **CIVIL ACTION NO.: 2:19-cv-00147-MRH-PLD** |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT**

Plaintiff Ralph Smith, through his undersigned counsel, respectfully move this Court for an Order granting final approval to the Rule 23 Class Action Settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23, as set forth in the accompanying memorandum.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah Schalman-Bergen, Michaela Wallin, the Settlement Administrator (CPT Group), Ralph Smith, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration.

| | |
|---|---|
| Dated: February 28, 2024 | Respectfully submitted,<br><br>/s/ Sarah R. Schalman-Bergen<br>Sarah R. Schalman-Bergen<br>Krysten Connon<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800 |

Direct: (267) 256-9973  
Facsímile: (617) 994-5801  
ssb@llrlaw.com  
kconnon@llrlaw.com  

Michaela L. Wallin  
BERGER MONTAGUE PC  
1818 Market Street, Suite 3600  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
Facsimile: (215) 875-4604  
mwallin@bm.net  

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 28th day of February, 2024.

*s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
